UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL BLANCO and
LIXIS QUINTOSA,

      Plaintiffs,

v.                                          Case No: 8:17-cv-2626-T-02SPF

BANK OF AMERICA, N.A.,

      Defendant.
_____/

## **ORDER**

This matter is before the Court upon Defendant's Motion to Compel and for Sanctions ("Motion") (Doc. 107). By its Motion, Defendant seeks a Court order compelling Plaintiffs to respond to Defendant's Expert Interrogatories and Expert Requests for Production of Documents and awarding attorney's fees and costs to Defendant incurred in preparing the Motion (*Id*. at 1). On October 4, 2019, Plaintiffs filed a response in opposition stating that they would serve their responses to the pending expert discovery on or before October 7, 2019 (Doc. 113). In light of Plaintiffs' response suggesting that the discovery dispute has been or would be resolved, the Court ordered Defendant to file a reply identifying any unresolved issues raised by its Motion (Doc. 117). On October 22, 2019, Defendant filed its reply, which states that although Plaintiffs' responses contained several objections, counsel for Defendant has not had the opportunity to confer with counsel for Plaintiffs regarding the objections (Doc. 119). Defendant

further states that once the parties confer on this matter, Defendant will "move the Court for further relief if necessary." (*Id*. at 2). Accordingly, it is hereby

ORDERED:

Defendant's Motion to Compel and for Sanctions (Doc. 107) is denied without prejudice. Upon the parties' conference, Defendant may renew its Motion if further relief is necessary.

ORDERED in Tampa, Florida, on October 23, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE