UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL BLANCO and
LIXIS QUINTOSA,

    Plaintiffs,

v().    Case No: 8:17-cv-2626-T-02SPF

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER

This matter is before the Court upon Plaintiffs' Motion to Compel ESI Protocol and Better Discovery Responses (Doc. 148). Defendant filed an Opposition thereto (Doc. 151). For consistency with the BOA/HAMP-related suit *Zenteno v. Bank of America*, 8:17-cv-2591-T-02TGW, the Court will grant the same relief afforded to the identical motion to compel filed in that case. *See* Doc. 168 in 8:17-cv-2591-T-02TGW.

Accordingly, it is hereby

ORDERED:

1) Plaintiffs' Motion to Compel ESI Protocol and Better Discovery Responses (Doc. 148) is **GRANTED** to the extent that **within 60 days** from the date of this Order, Defendant shall produce documents responsive to Request No. 11 in their native format for the period from 2009 to 2013.

2) Any further discovery-related motions will be considered untimely as the discovery deadline expired on December 20, 2019 (Doc. 136).

ORDERED in Tampa, Florida, on February 4, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE